**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

KELVIN GARDEN,

      Plaintiffs,                        CASE NO. 1:11-cv-20299

      v.

ZAKHEIM & ASSOCIATES, P.A.,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

      NOW COMES the Plaintiff, KELVIN GARDEN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

      Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:   /s/ Shireen Hormozdi
       Shireen Hormozdi, Esq.
       Attorney for Plaintiff
       Krohn & Moss, Ltd
       10474 Santa Monica Blvd.
       Suite 401
       Los Angeles, CA 90025
       Tel: (323) 988-2400 x 267
       Fax: (866) 861-1390
       shormozdi@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I, Shireen Hormozdi, herby certify that on January 11, 2012, Plaintiff's Notice of Settlement was filed via the ECF System.  A copy of said Notice was electronically served on opposing counsel of record at bfernandez@hinshawlaw.com.

By:   /s/ Shireen Hormozdi
       Shireen Hormozdi, Esq.
       Attorney for Plaintiff