UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE No. 11-20299-CIV-JORDAN

| | |
|---|---|
| KELVIN GARDEN, | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| ZAKHEIM & ASSOCIATES, P.A., | ) ) |
| Defendant | ) ) |
| _____ | ) |

**ORDER**

Based upon the Stipulation of dismissal with prejudice, Mr. Garden's motion for attorney's fees and costs [D.E. 32] is DENIED AS MOOT.

This case remains CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 1st day of March, 2012.

_____
Adalberto Jordan
United States District Judge

Copy to:   All Counsel of Record